# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0025
LT Case No. 2020-CF-001924-A

_____

MIGUEL MENDOZA ORTIZ,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Lake County.
Cary Frank Rada, Judge.

Harold D. Thompson, of DeNovo Law, P.A., Orlando, for
Appellant.

James Uthmeier, Attorney Geneal, Tallahassee, and Samuel
Perrone, Assistant Attorney General, Daytona Beach, for
Appellee.

January 22, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, WALLIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____